1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  JAMES E. KELLER (NYSBN 2893881)
   Assistant United States Attorney
5       450 Golden Gate Avenue, 11th floor
        San Francisco, California 94102
6       Telephone: (415) 436-6840
        Fax: (415) 436-7234
7  Attorneys for United States of America

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11  UNITED STATES OF AMERICA,        )   No.: CR 06-00075 CW
                                     )
12            Plaintiff,             )   STIPULATION AND [PROPOSED] ORDER
                                     )   SETTING MOTION SCHEDULE AND
13            v.                     )   EXCLUDING TIME UNDER THE SPEEDY
                                     )   TRIAL ACT FROM MARCH 30, 2006
14  WILLIAM FOOTE,                   )   THROUGH MAY 1, 2006
                                     )
15            Defendant.             )   OAKLAND VENUE
                                     )
16  _____ )

17        IT IS HEREBY STIPULATED AND AGREED by and between the parties that the

18  following schedule be set for defendant's pretrial motion to suppress to be filed: (1) defendant's

19  motion papers are due no later than March 30, 2006; (2) the government's response papers are

20  due no later than April 13, 2006; and (3), because defense counsel is scheduled to be engaged in

21  trial from April 19 through April 24, 2006, defendant's reply is due no later than April 26, 2006,

22  with the parties appearing before the Court on Monday, May 1, 2006, at 2:00 or 2:30 p.m.

23  (depending on defendant's custody status). At this time, defendant is in state custody and does

24  not need the assistance of an interpreter.

25        IT IS FURTHER STIPULATED AND AGREED by and between the parties that the

26  time from March 30, 2006 through May 1, 2006 is excludable under the Speedy Trial Act, 18,

27  U.S.C. §§ 3161(h)(1)(F) and (h)(8)(8)(A). Specifically, the parties agree and stipulate that the

28  ends of justice are served and outweigh the best interest of the public and the defendant in a

STIPULATION & [PROPOSED] ORDER
CR 06-00075 CW

speedy trial by excluding the time from March 30, 2006 and May 1, 2006 under the Speedy Trial

Act because of defendant's need to make a pre-trial motion to suppress.  It is further agreed that

this Stipulation supersedes the Stipulation dated March 10, 2006, between the parties.


DATED: March 20, 2006

ISMAIL R̶ISHMAEL RAMSEY
Counsel for William Foote


DATED: March 17, 2006

JAMES E. KELLER
Assistant United States Attorney


STIPULATION & [PROPOSED] ORDER
CR 06-00075 CW                          2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>WILLIAM FOOTE,<br><br>            Defendant. | No.: CR 06-00075 CW<br><br>[PROPOSED] ORDER SETTING MOTION SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM MARCH 30, 2006 THROUGH MAY 1, 2006 |

## ORDER

Based on the reasons provided in the attached Stipulation of the parties, IT IS HEREBY ORDERED that defendant's pre-trial motion to suppress papers are due no later than March 30, 2006; the government's response papers are due no later than April 13, 2006; and, due to counsel's anticipated engagement in trial, defendant's reply is due no later than April 26, 2006.

IT IS FURTHER ORDERED that the parties appear before this Court on Monday, May 1, 2006, at 2:00 or 2:30 p.m. (the former time if defendant is in custody; the latter if defendant is not in custody).

In addition, based upon the reasons provided in the attached Stipulation of the parties, the Court hereby FINDS that the time from March 30, 2006 through May 1, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and(h)(8)(B)(iv) on the grounds that the ends of justice are served and outweigh the best interest of the public and the defendant in a speedy

[PROPOSED] ORDER
CR 06-00075 CW

1   trial by excluding this time under the Speedy Trial Act for the parties to litigate, and the Court to

2   decide, defendant's pre-trial motion to suppress, and because this period of time is a delay resulting

3   from the any pretrial motion, namely from its filing through the conclusion of the hearing on, or

4   prompt disposition of, such motion.

5   IT IS SO ORDERED.

6   DATED: March __23__, 2006

7   HON. CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CR 06-00075 CW                         2

TOTAL P.05