```
ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 548-3601 (FAX)
izzy@ramsey-ehrlich.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM JOSEPH FOOTE,<br><br>　　　　Defendant | Case No.: CR 06 00075 CW<br><br>STIPULATION AND [PROPOSED] ORDER REVOKING DEFENDANT'S BAIL, EXONERATING HIS $100,000 BOND, AND REMANDING HIM INTO FEDERAL CUSTODY |

The defendant William Foote is charged with being a felon in possession of a firearm in the above-entitled case;

On March 9, 2006, this Court ordered Foote released on $100,000 bail to a federal halfway house. The parties told the Court at the detention hearing that Foote was subject to an open state warrant from Solano County due to an alleged probation violation, based in part on the conduct of the above entitled case. The parties noted that, before the Marshals would release Foote to the halfway house, he would be transferred to Solano County law enforcement officials, and a state court judge would have to review Foote's state custodial status.

On March 12, 2006, Foote appeared before a Solano County Superior Court judge, who refused to agree to release him to a federal halfway house under the conditions of this Court's release order. As a result, Foote cannot be released to a federal halfway house.

Yesterday, Foote was writted back into federal custody to appear on the above-entitled case before Judge Wilken. Judge Wilken set an evidentiary hearing with respect to a motion to suppress filed by Foote on May 18th.

The parties thus hereby stipulate that this Court should issue an order to revoke Foote's bail, exonerate his bond, and remand Foote back into federal custody.

Dated: May 2, 2006

Respectfully Submitted,

RAMSEY & EHRLICH LLP

ISMAIL RAMSEY
ATTORNEY FOR WILLIAM FOOTE

KEVIN V. RYAN
UNITED STATES ATTORNEY

SATISH JALLEPALLI
SPECIAL ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby revokes bail for defendant William Foote, exonerates his $100,000 bond, and orders him remanded into federal custody.

Dated: May 4, 2006



IT IS SO ORDERED
Judge Wayne D. Brazil

STIPULATION AND [PROPOSED] - 2 -