**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00075 CW |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| WILLIAM FOOTE, | |
| Defendant. / | |

On May 12, 2006, the Court granted Defendant's Ex Parte Application for Issuance of Rule 17(c) Subpoena for Richmond Police Department personnel records of Officer Brad Moody. On May 18, 2006, the Custodian of Records for the Richmond Police Department appeared in Court with the records and requested an in camera review before turning over the requested records. Accordingly,

IT IS HEREBY ORDERED that the Richmond City Attorney shall have until June 9, 2006, to file a motion to quash subpoena or motion for protective order relating to the personnel records requested in the subpoena; opposition to the motion will be due June 23, 2006, and any reply will be due June 30, 2006; thereafter, the motion will be referred to Magistrate Judge Wayne D. Brazil to be decided at the convenience of his calendar. Within ten days of Magistrate Judge Brazil's ruling on the motion, Defendant shall

file a brief on any relevant information contained within the Richmond Police Department personnel records of Officer Moody pertaining to Defendant's motion to suppress; the government shall file a response seven days after receipt of Defendant's brief. Thereafter, Defendant's Motion to Suppress shall be deemed submitted.

Dated 5/22/06

_____
CLAUDIA WILKEN
United States District Judge

cc:   Wings; WDB

2

1  Copy mailed to:
2
3
4  City Attorney
   City of Richmond
5  City Hall
   1401 Marina Way South
6  Richmond, CA 94804
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28