MARY J. RENFRO, (SBN 222153)
Assistant City Attorney
CITY OF RICHMOND
1401 Marina Way South, Suite C
Richmond, CA 94504
Telephone: (510) 620-6509

Attorneys for City of Richmond and
Richmond Police Department

FILED
JUN 9 – 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
JUN – 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES,
　　　　　Plaintiff,
vs.
WILLIAM JOSEPH FOOTE,
　　　　　Defendant.

CITY OF RICHMOND, RICHMOND POLICE DEPARTMENT,
　　　　　Real Parties in Interest.

Case No. CR-06-00075 CW

CITY OF RICHMOND'S REQUEST FOR ADDITIONAL TIME TO SUBMIT RESPONSE TO COURT'S ORDER SETTING BRIEFING SCHEDULE DATED MAY 22, 2006

Date: June 9, 2006
Judge: Magistrate Judge Wayne D. Brazil

On May 22, 2006, the Court issued an Order granting the City of Richmond ("City") until **June 9, 2006** to file a motion to quash the subpoena for confidential personnel records issued by the Court on May 12, 2006 or, in the alternative to file a motion for a protective order concerning use of those records by the defendant William Joseph Foote ("Defendant").

Counsel for the City and for the Defendant are negotiating a stipulated agreement regarding Court review and disclosure of the subject records and a protective order. The City anticipates that agreement shall be reached no later than June 9, 2006, and requests an extension until **June 14, 2006** to file either a stipulation signed by Counsel for the City and for the

///

cc: WDB's Staff, Copy to parties via ECF, Copy mailed to Asst. City Atty. Mary J. Renfro, Sherlah

(Proposed) STIPULATED REVIEW, DISCLOSURE AND PROTECTIVE ORDER

BY FAX

10543860.tif – 6/8/2006 10:09:24 AM

1  Defendant or, if necessary, either a motion to quash or a motion for a protective order.

2  DATED: June 7, 2006

3  By: _____
   MARY J. RENFRO
4  Attorney for CITY OF RICHMOND

5

6

7  FOR GOOD CAUSE SHOWN, the Court's Order Setting Briefing Schedule dated May 22,

8  2006 is modified as follows: The Richmond City Attorney shall have until June 14, 2006 to file

9  a motion to quash subpoena or motion for protective order relating to the personnel records

10  requested in the subpoena.

11  IT IS SO ORDERED.

12  DATED: 6-9-06

13  _____
    Hon. Wayne D. Brazil
14  United States District Court, Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE
### (Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ. Proc., Rule 5(b).)

Re:  United States v. William Joseph Foote
     City of Richmond, Richmond Police Dept., Real Parties in Interest

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, 1401 Marina Way South, Richmond, California. On June 8, 2006, I served the following documents(s) by the method indicated below.

**CITY OF RICHMOND'S REQUEST FOR ADDITIONAL TIME TO SUBMIT RESPONSE TO COURT'S ORDER SETTING BRIEFING SCHEDULE DATED MAY 22, 2006**

☐   By transmitting via facsimile on this date from fax number (510) 620-6518 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirming in writing. The transmitting fax machine complies with Cal.R.Ct.2003(3).

☒   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Richmond, California addresses as set forth below. There is delivery service by United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

| Ismail Ramsey, Esq.<br>Ramsey & Ehrlich LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710 | Satish Jallepalli, Esq.<br>Special Assistant United States Attorney<br>1301 Clay Street, Suite 340-S<br>Oakland, CA 94612 |
|---|---|

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on June 8, 2006, at Richmond, California.

*/s/ Marcia Brown-Scurry*
**MARCIA BROWN-SCURRY**