MARY J. RENFRO, (SBN 222153)
Assistant City Attorney
CITY OF RICHMOND
1401 Marina Way South, Suite C
Richmond, CA  94504
Telephone: (510) 620-6509

Attorneys for City of Richmond and
Richmond Police Department

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>    vs.<br><br>WILLIAM JOSEPH FOOTE,<br><br>                    Defendant.<br><br><br>CITY OF RICHMOND, RICHMOND POLICE DEPARTMENT,<br><br>        Real Parties in Interest. | Case No. CR 00075 CW<br><br>(Proposed) **STIPULATED REVIEW, DISCLOSURE AND PROTECTIVE ORDER**<br><br>―――――――――――――――<br><br>Date:  June 9, 2006<br>Judge: Magistrate Judge Wayne D. Brazil |

Defendant William Joseph Foote ("Defendant"), City of Richmond ("City"), and City of Richmond Police Department ("Department"), through their attorneys of record, HEREBY STIPULATE TO THE FOLLOWING FACTS:

　　1.　Pursuant to the Rule 17(c) Subpoena/Order to Produce Documents in the above-captioned matter signed May 12, 2006 and served May 17, 2006, the Department's Custodian of Records appeared on May 18, 2006 at 1:30 p.m. before the Honorable Judge Claudia Wilken with certain confidential personnel records (the "Records") pertaining to Richmond Police Officer Brad Moody (the "Officer") to be examined *in camera*.

　　2.　At the hearing on May 18, 2006, the Court declined to examine the Records and requested that the Custodian leave copies of the Records with the Court, with the understanding

1
**(Proposed) STIPULATED REVIEW, DISCLOSURE AND PROTECTIVE ORDER**

1    that the Department would be afforded an opportunity to move for a protective order and/or

2    motion to quash the subpoena.

3       3.   On May 19, 2006, the Custodian of Records deposited the requested copies of the

4    Records with the Court.

5       4.   On or about May 22, 2006, the City received the Order Setting Briefing Schedule

6    regarding a motion to quash the subpoena pursuant to which copies of the Records were

7    deposited with the Court and/or a motion for a protective order.

8       Based on the above-stipulated facts, the Defendant, the City, and the Department,

9    HEREBY STIPULATE THAT THIS COURT SHOULD ENTER THE FOLLOWING ORDER:

10       1.   The Court shall conduct an *in camera* review of the Records.

11       2.   At its discretion, the Court shall determine whether any portion of the Records is

12    relevant to a defense in the above-captioned matter.

13       3.   If the Court finds that any portion of the Records is relevant to a defense in the above-

14    captioned matter, it shall disclose to the attorney of record for the Defendant that portion of the

15    Records that may aid in the defense but shall redact, edit, or limit disclosure to protect the

16    privacy rights of all persons (1) whose names or other identifying information appears in the

17    Records and (2) who would not provide evidence relevant to the defense.  The defense includes

18    but is not limited to impeachment evidence against Officer Moody. Relevant records shall

19    include but not be limited to complaints filed by the defendant against Officer Moody and/or

20    evidence of dishonesty by Officer Moody.

21       4.   The Court shall provide the City with copies of any information provided to the

22    attorney of record for the Defendant.

23       5.   The Defendant, his attorney, agents and representatives shall not use any information

24    provided by the Court following *in camera* review of the Records in any way to embarrass or

25    harass Department officers, the Department, the City, or any person who has provided

26    information to the Department or to Department officers for any reason, including the

27    investigation of complaints against Department officers.

28       6.   The Defendant, his attorney, agents and representatives shall not convey, transfer,

**(Proposed) STIPULATED REVIEW, DISCLOSURE AND PROTECTIVE ORDER**

1   publish, distribute or authorize another to convey, transfer, publish or distribute the documents

2   and information provided by the City and the Department in response to the subpoena in the

3   above-captioned action for any purpose not related to the defense of the action.

4       7.   Use of the information provided by the City and the Department is limited solely to

5   the defense of the above-captioned criminal case.  The Defendant, his attorney, agents and

6   representatives shall not use in any other criminal or civil proceeding the documents and

7   information provided by the City and the Department in response to the subpoena in the above-

8   captioned action.  Use of the information provided by the City and the Department is limited

9   solely to the defense of the above-captioned criminal matter.

10       8.   The Defendant, his attorney, agents and representatives shall not divulge the

11   information provided by the City and the Department in response to the subpoena in the above-

12   captioned action, either in writing or orally, to any persons whatsoever (including members of

13   the press and witnesses for the defense) who are not agents or representatives of the Defendant

14   engaged in the preparation of a defense in the above-captioned criminal matter.  Use of the

15   information provided by the City and the Department is limited to the Defendant's attorney(s) of

16   record in this case and to any investigators and experts employed by said attorney(s) in this case.

17       9.   Any briefs filed with the Court that quote from or rely upon information from the

18   Records shall be filed under seal.

19       10. The Defendant, his attorney, agents and representatives shall destroy any and all

20   records of the information from the Records released by the Court within two (2) weeks of

21   conclusion of the above-captioned criminal matter.

22       11. If Defendant, his attorney, agents or representatives interviews, questions, or has any

23   discussion with any Department personnel regarding or in relation to information from the

24   Records, an attorney for the City and the Department shall be present.  Defendant, his attorney,

25   agents and representatives shall notify the City Attorney's Office before interviewing,

26   questioning or having any discussion with any Department personnel regarding information from

27   the Records provided by the Court.

28       By and through their attorneys of record, the Defendant, the City, and the Department

3

**(Proposed) STIPULATED REVIEW, DISCLOSURE AND PROTECTIVE ORDER**

1  stipulate to the facts and terms set forth above.

2

3  Dated:  6/9/06                          Dated:  June 8, 2006

4

5  _____             _____
   Ismail Ramsey                           Mary J. Renfro
6  Attorney for Defendant, William Foote   Attorney for City of Richmond, Richmond
                                           Police Department
7

8
       FOR GOOD CAUSE SHOWN,  IS SO ORDERED.
9

10  DATED:     6-14-06

11                                         /s/ Wayne D. Brazil
                                           _____
12                                         Hon. Wayne D. Brazil
                                           United States District Court, Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                   4
       (Proposed) STIPULATED REVIEW, DISCLOSURE AND PROTECTIVE ORDER