UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br>WILLIAM JOSEPH FOOTE,<br>　　　　　Defendant.<br>_____/ | No. CR 06-00075 CW (WDB)<br><br>ORDER FOLLOWING *IN CAMERA* REVIEW |

　　The Court has reviewed, *in camera*, the personnel records pertaining to Richmond Police Officer Brad Moody ("Records") that were submitted by the City of Richmond Police Department to be considered in connection with Defendant's Motion to Suppress currently pending before the Honorable Claudia Wilken. The parties stipulated that this Court would conduct this *in camera* review and, at its discretion, determine whether any portion of the records is relevant to a defense. *See* Stipulated Review, Disclosure, and Protective Order signed by the Court on June 14, 2006.

　　Having conducted a thorough review, the Court finds that none of the Records are relevant to a defense in this case. Accordingly, the Court DENIES Defendant's request for disclosure of the Records, or any part thereof.

　　IT IS SO ORDERED.

Dated: June 15, 2006　　　　　　　　　　　　　　*/s/ Wayne D. Brazil*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1