ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

Attorneys for Defendant William Joseph Foote



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES, | ) Case No.: CR 06 00075 CW |
| Plaintiff, | ) APPLICATION AND [PROPOSED] |
| | ) ORDER FOR RULE 17(C) SUBPOENA |
| vs. | ) AND SUPPORTING DECLARATION |
| | ) OF ISMAIL RAMSEY |
| WILLIAM JOSEPH FOOTE, | ) |
| Defendant. | ) |

I, Ismail Ramsey, declare the following to be true under threat of perjury:

1.      I am a member of the California Bar and this Court in good standing and am attorney of record for William Joseph Foote in the above-entitled action;

2.      I am informed by the defendant and believe, on the basis of this information, that Mr. Foote is unable to pay for expenses in connection with the duplication of the materials listed in the attached subpoenas;

3.      I am familiar with the materials to be produced by the custodian of records in the attached subpoena. It is my professional judgment and opinion that the production of these materials is necessary to a full and fair trial for Mr. Foote, which is currently set for September 11, 2006;

4.      On December 11, 2005, at approximately 5:45 pm, Richmond police officers and private security guards chased my client. At the end of the foot chase, law

Application, [Proposed] Order, and Declaration

enforcement personnel arrested Mr. Foote in front of 353 7th Street. Afterwards, they recovered the gun at issue in this case in the backyard of that house. The gun was on the ground in the open. The government has charged Mr. Foote with being a felon in possession of a gun and theorizes that Mr. Foote threw the gun there during the chase.

5.   I specifically seek disclosure of police records reflecting arrests and police chases in the immediate area surrounding 353 7th Street, Richmond, CA for 72 hours preceding Mr. Foote's arrest.

6.   Specifically, I am informed and believe that there was a police chase and arrest near 353 7th Street, Richmond, CA, (at the corner of Nevin Street) on the day prior to Mr. Foote's arrest. The chase and/or arrest occurred on the same end of the block of 7th Street where Foote was arrested and where the gun at issue was found.

7.   The arrest and chase during the prior day is exculpatory of Mr. Foote, because it explains why someone other than him would have thrown/left a gun in the backyard. Records of this arrest and/or chase and others in the area during the 72 hours prior to Mr. Foote's arrest will be critical for an effective defense of Mr. Foote at trial.

8.   I am informed and believe that the Richmond Police Department keeps police records, including but not limited to Detail Call for Service Reports and communications between officers and dispatchers, which evidence chases and arrests. On May 3, 2006, undersigned counsel sent a letter to the Custodian of Records of the Richmond Police Department requesting that they preserve such records regarding police chases in the surrounding area of 353 7th Street for the period from December 8, 2005 through December 11, 2006 until at least August 31, 2006.

In light of the above, the defense respectfully moves the Court to order the following:

1.   The issuance of the attached subpoena for copies of all records, including but not limited to Detail Call for Service Reports and communications between officers and dispatchers, reflecting arrests or police chases within a two-block radius of 353 7th Street between December 8, 2005 through December 11, 2006.

The relevant area is the area bounded by 5th Street, 9th Street, Bissell Avenue, and Ripley Avenue.

2.    That the costs of fees and expenses associated with production of the materials so subpoenaed to be paid as if subpoenaed by the government;

3.    That all responsive materials be produced to this Court before August 24, 2006.

I attest that the foregoing is true and correct under penalty of perjury of the laws of the United States.

Dated:    8/17/06

Respectfully Submitted,

RAMSEY & EHRLICH LLP

ISMAIL RAMSEY
Attorney for Defendant William Foote

Good cause having been shown, IT IS SO ORDERED, *as modified*

Dated:    AUG 2 8 2006

HON. CLAUDIA WILKEN
United States District Judge

Application, [Proposed] Order, and Declaration

-3-

# ATTACHMENT

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

United States

v.

William Joseph Foote

**SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE**

Case Number:  CR 06-00075 CW

TO:

Custodian of Records
Richmond Police Department

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☒ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Hon. Claudia Wilken |

If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.

DATE AND TIME
August 24, 2006 9/1
at 9:00 am  10 am

The following document(s) or object(s) shall be produced:

See Attachment A

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case.* Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Richard W. Wieking | |
| (By) Deputy Clerk | |

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:

Ismail Ramsey, Ramsey & Ehrlich LLP (CA Bar # 189820)
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES    ☐ NO    AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    _____
                              DATE

SIGNATURE OF SERVER
_____

ADDRESS OF SERVER
_____

ADDITIONAL INFORMATION

## Attachment A

A copy of any and all parts of the Richmond Police Department records reflecting arrests or police chases within a two-block radius of 353 7th Street between December 8, 2005 through December 11, 2006.  The relevant area is that bounded by 5th Street, 9th Street, Bissell Avenue, and Ripley Avenue. 

This subpoena compels disclosure of all materials described above, including but not limited to the following, with respect to any such relevant arrest or police chase:

1.   Richmond Police Department or law enforcement incident reports gathered during the investigation;

2.   All Computer Assisted Dispatch (CAD) tapes and reports gathered during the investigation;

3.   All Detail Call for Service Reports;

4.   All written statements from the officers involved;

Production of these materials in scanned .pdf format on a CD-rom disk or DVD-rom disk is acceptable.

FED. RULE CRIM. PRO. 17(c) Subpoena
Attachment A