1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JAMES E. KELLER (NYSBN 2893881)
   Assistant United States Attorney
5      450 Golden Gate Avenue, 11th floor
       San Francisco, California 94102
6      Telephone: (415) 436-6840
       Fax: (415) 436-7234
7  Attorneys for United States of America

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,      ) No.: CR 06-00075 CW
   |                                )
12 |        Plaintiff,              ) STIPULATION AND ORDER
   |                                ) RETURNING DEFENDANT TO STATE
13 |        v.                      ) CUSTODY PURSUANT TO APRIL 19, 2006
   |                                ) WRIT AD PROSEQUENDUM TO ADDRESS
14 | WILLIAM FOOTE,                 ) PROBATION REVOCATION MATTERS
   |                                )
15 |        Defendant.              ) OAKLAND VENUE
   |                                )

17        IT IS HEREBY STIPULATED AND AGREED by and between the parties that the

18 defendant William Joseph Foote be returned to state custody pursuant to the April 19, 2006 Writ

19 Ad Prosequendum for the defendant to address his probation revocation matters, case numbers

20 FCR205196 and FCR206806, pending in Solano County Superior Court. The parties further

21 stipulate and agree that, once the defendant resolves these state probation revocation matters,

22 including sentencing thereon, the defendant will be returned to United States Marshal's custody

23 pursuant to another Writ Ad Prosequendum. Notwithstanding the foregoing, the parties stipulate

24 and agree that the defendant shall not be released from custody between the time of his transfer

25 to state custody and his return therefrom.

26        The parties further note that defendant's transfer into state custody for this purpose was

27 contemplated by the plea agreement in the above-captioned case, providing for a 57-month term

28 of imprisonment to run concurrent to any terms of imprisonment defendant receives on the

STIPULATION & ORDER
CR 06-00075 CW

1 above-mentioned probation revocation matters.

2 DATED: September _14__, 2006  _____/S/_____
    ISMAIL RAMSEY
3   Counsel for William Foote

4 DATED: September _14__, 2006  _____/S/_____
    JAMES E. KELLER
5   Assistant United States Attorney

6

7 **ORDER**

8     Based upon the foregoing stipulation of the parties, and good cause showing,

9     IT IS HEREBY ORDERED that the defendant, William Foote, be returned to state

10 custody to address his probation revocation matters, case numbers FCR205196 and FCR206806,

11 pending in Solano County Superior Court.

12     IT IS FURTHER ORDERED that the defendant return to United States Marshal's

13 custody once he has resolved these probation revocation matters, including sentencing thereon.

14     IT IS FURTHER ORDERED that once defendant has been sentenced in these state

15 probation revocation matters, the government is to submit a Writ Ad Prosequendum for

16 defendant to be returned to United States Marshal's custody for sentencing in the above-

17 captioned case.

18 IT IS SO ORDERED.

19 Dated: September 19, 2006   _____
    HON. CLAUDIA WILKEN
20  UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER
CR 06-00075 CW                      2