1   ISMAIL RAMSEY (CA BAR #189820)
    RAMSEY & EHRLICH LLP
2   803 Hearst Avenue
    Berkeley, CA 94710
3   (510)548-3600
    (510)548-3601 (FAX)
4   izzy@ramsey-ehrlich.com

5

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

11  UNITED STATES OF AMERICA,        )  Case No.: CR 06 00075 CW
                                     )   **ORDER GRANTING AS MODIFIED**
12              Plaintiff,           )  STIPULATION FOR CONTINUANCE OF
                                     )  SENTENCING
13       vs.                         )
                                     )
14  WILLIAM JOSEPH FOOTE,            )
                                     )
15              Defendant            )
    _____)

16

17       On September 8, 2006, under a Rule 11(c)(1)(c), the

18  defendant William Foote pled guilty to one count of being a

19  felon in possession of a firearm and ammunition, in violation of

20  18 USC §922(g).  This Court set sentencing for November 27,

21  //

22

23

24

25

26

27

28

2006.

Under the plea agreement, the parties agreed that Foote would be returned to state custody in Solano County to address pending probation revocation proceedings. On September 19, 2006, this Court signed an order requiring the return Foote of to state custody.  Last week, Foote was returned to state custody.

The parties also agreed under the plea agreement that sentencing in the above entitled case should occur after sentencing in Foote's state probation revocation hearing.

Accordingly, the parties hereby stipulate that this Court should issue an order to continue sentencing in the above-entitled case by two months to January 29, 2007.  This will allow state authorities to address Foote's alleged probation violation and federal authorities to submit a writ to bring him back to federal custody for sentencing.  Defense counsel has also spoken to US Probation Officer Joshua Sparks who is assigned to conduct the pre-sentence investigation in this case, and he does not object to the continuance.

Dated:                                    Respectfully Submitted,

                                          RAMSEY & EHRLICH LLP


                                          ISMAIL RAMSEY
                                          ATTORNEY FOR WILLIAM FOOTE


                                          KEVIN V. RYAN
                                          UNITED STATES ATTORNEY


                                          JAMES KELLER
                                          ASSISTANT U.S. ATTORNEY

1    GOOD CAUSE HAVING BEEN SHOWN, this Court hereby orders that

2 sentencing in the above-entitled case be continued until ~~January~~

3 ~~29, 2007.~~ February 5, 2007, at 2:00 p.m.

4 Dated:

5          10/25/06

6                                    

7                          _____
                           HON. CLAUDIA WILKEN
8                          U.S. DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28