ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

Attorney for William Joseph Foote

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM JOSEPH FOOTE,<br><br>    Defendant | Case No.: CR 06 00075 CW<br><br>ORDER GRANTING STIPULATION TO CORRECT JUDGEMENT AND COMMITMENT ORDER PURSUANT TO FED R CRIM P 35 |

On May 7, 2007, this Court sentenced defendant William Foote, who on November , 2006, had pled guilty to one count of being a felon in possession of a firearm and one count of being a felon in possession of ammunition.

The Court sentenced Foote to a 54 month term of imprisonment:

"The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fifty-four (54) months. This sentence shall commence as of April 30, 2007, the date of imposition, and shall run current to the state sentence the defendant is currently serving, with the state institution as the institution the defendant can begin serving his federal sentence from."

The United States and the defendant Foote stipulate that the Judgment in a Criminal Case, Document 64, contains a clerical error.  Specifically, the word "current" in the passage above should read "concurrent."

Further, the parties stipulate that the Judgment should be amended to clarify which state sentences the defendant is "currently serving," i.e., it should reference the two different Solano County Superior Court cases --FCR205196 and FCR206806 – in which the defendant committed probation violations that form the basis for his current state sentence.  The state sentence comprises two separate consecutive terms, one for each probation officer.

Under Rule 35, the parties stipulate that this Court should amend the above-quoted passage to read (proposed changes are italicized and in bold):

"The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>fifty-four (54) months</u>.  This sentence shall commence as of April 30, 2007, the date of imposition, and shall run **con**current to the state sentence the defendant is currently serving, ***pursuant to probation violations in Solano County Superior Court cases FCR205196 and FCR206806***, with the state institution as the institution the defendant can begin serving his federal sentence from."

Dated:                                              Respectfully Submitted,

                                                    RAMSEY & EHRLICH LLP


                                                    ISMAIL RAMSEY
                                                    ATTORNEY FOR WILLIAM FOOTE

                                                    SCOTT SCHOOLS
                                                    UNITED STATES ATTORNEY


                                                    JAMES KELLER
                                                    ASSISTANT U.S. ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby orders that the Judgment in the above-entitled criminal case be amended as stipulated above, specifically the term of imprisonment section shall read as follows:

"The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fifty-four (54) months. This sentence shall commence as of April 30, 2007, the date of imposition, and shall run concurrent to the state sentence the defendant is currently serving, pursuant to probation violations in Solano County Superior Court cases FCR205196 and FCR206806, with the state institution as the institution the defendant can begin serving his federal sentence from."

IT IS SO ORDERED.

Dated:   5/17/07

_____
HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE